338-085386
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GERALD FARBER and DIANE FARBER,

          Plaintiffs,

-against-

NORTH SHORE UNIVERSITY HOSPITAL,
NORTHWELL HEALTH, INC. and JOHN DOES 1-10
Being Fictitious Names of Doctors, Nurses, Or Other
Personnel Who Treated Plaintiff At North Shore University
Hospital the Real Identities of Said Defendants Being
Unknown to Plaintiff,

          Defendants.
-----------------------------------------------------------------X

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

17-CV-1262

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 19 2019 ★

LONG ISLAND OFFICE

**COUNSELORS:**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all of the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice as to Defendants NORTH SHORE UNIVERSITY HOSPITAL and NORTHWELL HEALTH, INC. without costs to either party as against the other.

    **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       April 24, 2019

The Law Office Of Joseph D. Monaco, P.C.

By: _____

Attorneys for Plaintiffs
7 Penn Plaza
New York, NY 10001
(212) 486-4244

Martin Clearwater & Bell, LLP

By: _____

Attorneys for Defendant
NSUH and Northwell
90 Merrick Avenue
East Meadow, New York 11554
(516) 222-8500

SO ORDERED: Case closed

/s/ Arthur D. Spatt

3562384

Arthur D. Spatt, U.S.D.J.

1

6/19/19
Date